IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTONIO AGUILAR,

       Petitioner,

vs.                                      CASE NO. 5:05cv112/RS

JAMES R. McDONOUGH, Secretary
of Department of Corrections, et al,

       Respondents.
_____/

## ORDER

Before the court is the Magistrate Judge's Order, Report and Recommendation (Doc. 22) and Petitioner's Objection To Report And Recommendation Of Magistrate Judge (Doc. 23). The court has reviewed *de novo* the petitioner's objections.

**IT IS ORDERED:**

1.    The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This Petition For Writ Of Habeas Corpus is **denied**.

3.    The clerk is directed to close the file.

ORDERED on August 17, 2006.

                                                    **/S/ Richard Smoak**
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**