**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ANTONIO AGUILAR,

       Petitioner,

vs.                                   CASE NO. 5:05cv112/RS

JAMES R. McDONOUGH, Secretary
of Department of Corrections, et al,

       Respondents.

_____/

## ORDER

Before the court is the Petition for Certificate of Appealability (Doc. 29).

Petitioner sought habeas relief from his Florida conviction of sexual battery on a child under the age of twelve years. Petitioner asserted as grounds for relief ineffective assistance of counsel. Petitioner contended that his attorney failed to cross-examine the child's mother about where the child, the mother, and Petitioner were sleeping in the house during the night before the child reported the sexual molestation. Petitioner contended that the mother had made a pretrial statement about the sleeping arrangements, which differed from the child's trial testimony. However, the child testified that Petitioner had molested her not only during that night but also on other, prior occasions. The defense theory at trial appears to have been that the child's injuries could have been caused by something (the child had a history of chronic vaginal infections) or someone other than Petitioner. That was a reasonable strategic decision by Petitioner's trial attorney. The magistrate judge's Order, Report and Recommendation (Doc. 22) contains a detailed analysis of the facts and of Petitioner's claim. Reasonable jurists would not find it debatable that no reasonable

attorney would have elected not to question the mother about the sleeping arrangements. Furthermore, reasonable jurists would not find it debatable, in light of the evidence of guilt in the record, that it was likely that a juror would have had reasonable doubt about Petitioner's guilt if the mother had been questioned about the sleeping arrangements during the night before the child reported the molestation.  Petitioner has failed to make the required substantial showing of denial of a constitutional right.  Therefore, a certificate of appealability will not be issued.


        **IT IS ORDERED** that Petitioner's Motion for Certificate of Appealability is **denied**.


ORDERED on October 19, 2006.


                **/S/ Richard Smoak**
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**